Judge: Paul D. Snyder
Chapter: 13
Hearing Date: December 17, 2009
Hearing Time: 1:00 pm.
Location: Tacoma, Wa.
Response Date: December 10, 2009

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

BRIAN JOHN BRYCE and
CATHERINE GRACE BRYCE,

Debtor(s)

CAUSE NO. 09-48516

**NOTICE OF MOTION TO VACATE ORDER OF DISMISSAL**

PLEASE TAKE NOTICE that George A. Steele's Motion to Vacate Order of Dismissal shall be placed on the Motion Calendar as set forth herein, Debtor(s) are seeking an Order To Reopen Case and Vacate Order of Dismissal be entered, this motion is SET FOR HEARING as follows:

| | | | |
|---|---|---|---|
| JUDGE: | Paul D. Snyder | TIME: | 1:00 pm. |
| PLACE: | US BANKRUPTCY COURT<br>1717 PACIFIC AVENUE<br>TACOMA, WA | DATE: | December 17, 2009 |

IF YOU OPPOSE the Motion, you must file your written response with the Court Clerk, serve two copies on the Judge's Chambers and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is December 10, 2009.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Dated: November 27, 2009.                     Moving Party

/s/George A. Steele
GEORGE A. STEELE, WSBA # 13749
Attorney for Debtor(s)

NOTICE OF MOTION
TO VACATE
ORDER OF DISMISSAL

GEORGE A. STEELE L.L.C.
Attorneys at Law
P.O. Box 2370
Shelton, Wa. 98584
(360)426-2928 (360)426-3732 Fax